# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1125

VERSUS

RICHARD B. LAY

**NOVEMBER 29, 2021**

---

In Re:     Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 383759.

---

**BEFORE:     GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT